1  DEAN D. PAIK (State Bar No. 126920)
   COHEN & PAIK LLP
2  177 Post Street, Suite 600
   San Francisco, CA 94108
3  Telephone:   (415) 398-3900
   Facsimile:   (415) 398-7500
4
   Attorneys for Defendants And Cross-Complainants
5  WELL LUCK CO., INC. and SUPER LUCK CO., INC.

6  IAIN A. MACDONALD (State Bar No. 051073)
   MACDONALD & ASSOCIATES
7  Two Embarcadero Center, Suite 1670
   San Francisco, CA 94111-3930
8  Telephone:   (415) 362-0449
   Facsimile:   (415) 394-5544
9
   Attorneys for Defendants And Cross-Defendants
10 EASTIMPEX and EBJ WHOLESALE CORPORATION

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

14 KOON CHUN HING KEE SOY & SAUCE         ) Case No.: C-04-4146-MMC
   FACTORY, LTD., a company organized under )
15 the laws of Hong Kong,                 ) **STIPULATION AND ORDER OF**
                                          ) **DISMISSAL WITH PREJUDICE**
16         Plaintiff,                     )
                                          ) Judge: Honorable Maxine M. Chesney
17         v.                             )
                                          )
18 EASTIMPEX, a California corporation, WELL )
   LUCK CO., INC., a New Jersey corporation, )
19 and SUPER LUCK CO., INC., a California )
   corporation, EBJ WHOLESALE             )
20 CORPORATION, a California corporation; )
   L.A. VICTORY, INC., a California       )
21 Corporation; JOE P. ZHAO, a California  )
   resident; AMERICA FOOD INT'L COPR., a   )
22 California corporation; GIANT UNION     )
   COMPANY, INC., a California corporation; )
23                                        )
           Defendants.                    )
24                                        )
   AND RELATED CROSS-ACTIONS              )
25                                        )
                                          )
26                                        )
                                          )
27                                        )
                                          )
28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CR-04-4146-MMC

Defendants and Cross-Complainants Well Luck Co., and Super Luck Co., Inc. dismiss with prejudice their claims in this action against Defendants and Cross-Defendants Eastimpex and EBJ Wholesale Corporation.

Dated:            COHEN & PAIK LLP

By: _____
DEAN D. PAIK, Esq.

Attorneys for Defendants and Cross-Complainants
WELL LUCK CO., INC. and SUPER LUCK CO., INC.

Dated:            MACDONALD & ASSOCIATES

By: _____
~~IAIN A. MACDONALD~~, Esq.
HEATHER A. DAGEN

Attorneys for Defendants and Cross-Defendants
EASTIMPEX and EBJ WHOLESALE CORPORATION

**IT IS SO ORDERED**

Dated: June 13, 2005

/s/ Maxine M. Chesney
_____
HON. MAXINE M. CHESNEY
United States District Judge

- 2 -

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CR-04-4146-MMC