UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD.,

    Plaintiff,

    v.

EASTIMPEX, *et al.*,

    Defendants.
_____/

No. C-04-4146 MMC (EMC)

**AMENDED ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

    A further settlement conference to address the remaining claims will be held at 9:30 a.m. on June 30, 2005. The parties will lodge brief updated settlement conference statements by June 23, 2005 with Judge Chen's chambers. A settlement conference regarding the remaining cross-claims will be scheduled for another date. The parties shall meet and confer regarding the settlement of cross-claims within the next 45 days.

    All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order and the Court's March 16, 2005 Order Setting Further Settlement Conference shall remain in effect.

    IT IS SO ORDERED.

Dated: June 15, 2005

EDWARD M. CHEN
United States Magistrate Judge