IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br>    Plaintiff, <br><br>  v. <br><br> EASTIMPEX, et al., <br><br>    Defendants / | No. C 04-4146 MMC <br><br> **ORDER EXTENDING DEADLINE FOR PARTIES TO SUBMIT CERTIFICATION THAT AGREED CONSIDERATION HAS NOT BEEN DELIVERED** |

    Plaintiff having requested, as to its claims against Giant Union Company, Inc. ("Giant Union"), an extension to June 24, 2005 to certify that the settlement consideration has not been delivered, and good cause appearing therefor,

    IT IS HEREBY ORDERED that either plaintiff or Giant Union shall have until June 24, 2005 to certify to the Court, with proof of service on opposing counsel, that the agreed consideration for settlement has not been delivered over. Upon proper certification, the Order of Partial Dismissal, filed March 17, 2005, as it pertains to Giant Union, shall be vacated and the cause shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED.**

Dated: June 20, 2005                                                       /s/ Maxine M. Chesney <br>
                                                                               MAXINE M. CHESNEY <br>
                                                                               United States District Judge