IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EASTIMPEX, et al., <br><br> Defendants / | No. C 04-4146 MMC (EMC) <br><br> **ORDER VACATING IN PART ORDER OF PARTIAL DISMISSAL FILED MARCH 17, 2005** |

In light of plaintiff's June 24, 2005 certification, in which plaintiff states that defendant Giant Union Company, Inc. ("Giant Union") has not delivered the agreed consideration for settlement, the Court's Order of Partial Dismissal, filed March 17, 2005, is hereby VACATED as it pertains to plaintiff's claims against Giant Union, and plaintiff's claims against Giant Union are hereby RESTORED to the calendar. All dates set forth in the Court's scheduling order, filed March 25, 2005, shall apply to plaintiff's claims against Giant Union.

**IT IS SO ORDERED.**

Dated: June 27, 2005         /s/ Maxine M. Chesney
                             MAXINE M. CHESNEY
                             United States District Judge