TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
ELIZABETH R. GOSSE (State Bar No. 215494)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Tel: (415) 576-0200
Fax: (415) 576-0300

*Attorneys for Plaintiff*
KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD.

CISLO & THOMAS LLP
DONALD M. CISLO (State Bar No.49203)
233 Wilshire Blvd., Suite 900
Santa Monica, California 90401
Tel: (310) 451-0647
Fax: (310) 394-4477

*Attorneys for Defendant*
GIANT UNION COMPANY, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company organized under the laws of Hong Kong<br><br>Plaintiff,<br><br>v.<br><br>EASTIMPEX, a California corporation; WELL LUCK CO., INC., a New Jersey corporation; SUPER LUCK CO., INC., a California Corporation; EBJ WHOLESALE CORP., a California corporation; L. A. VICTORY, INC., a California corporation; and JOE P. ZHAO, a California resident.<br><br>Defendants. | Case No. C04-4146 MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Maxine Chesney |

Plaintiff KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD. dismisses with prejudice its claims in this action against defendant GIANT UNION COMPANY, INC.

| | | |
|---|---|---|
| 1 | DATED: *July 5*, 2005 | TOWNSEND and TOWNSEND and CREW LLP |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | MARC M. GORELNIK |
| 5 | | *Attorneys for Plaintiff*<br>KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD. |
| 6 | DATED: _____, 2005 | CISLO & THOMAS LLP |
| 7 | | |
| 8 | | By: *[signature]* |
| 9 | | DONALD M. CISLO |
| 10 | | *Attorneys for Defendant*<br>GIANT UNION COMPANY, INC. |

IT IS SO ORDERED.

DATED: ___July 5___, 2005

**APPROVED**
Judge Maxine M. Chesney

HON. MAXINE M. CHESNEY
United States District Judge