CISLO & THOMAS LLP
Donald M. Cislo, Esq., (CA Bar No. 49,203)
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Tel: 310-451-0647
Fax: 310-394-4477
*Attorneys for Defendant*,
GIANT UNION COMPANY, INC.

BERNARD COOPER, ESQ.
California SB# 39568
15 South Raymond Ave. 2nd Floor
Pasadena, CA 91105
TEL: (626) 796-4030
*Attorney for Defendants*
L.A. VICTORY and JOE P. AHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company organized under the laws of Hong Kong,<br><br>Plaintiff,<br><br>v.<br><br>EASTIMPEX et al.<br><br>Defendants.<br>_____<br>GIANT UNION COMPANY, INC., a California corporation,<br><br>Cross-Claim Plaintiff,<br><br>L.A. VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, an individual.<br>_____ | CASE NO. C 04 4146<br><br>[Hon. Maxine M. Chesney]<br><br>**STIPULATION OF DISMISSAL OF CROSS CLAIM WITHOUT PREJUDICE AND** [PROPOSED] **ORDER THEREON**<br>(Fed.R.Civ.P.41(a) (1) (ii) |

# STIPULATION OF DISMISSAL OF CROSS CLAIM
# WITHOUT PREJUDICE AND ORDER THEREON
## (Fed.R.Civ.P.41(a) (1) (ii))

IT IS HEREBY STIPULATED, by and between Cross-Claimant GIANT UNION COMPANY, INC. and Cross-Defendants L.A. VICTORY, INC. and JOE P. ZHAO aka SIMON ZHOU by and through their respective attorneys of record, as follows:

1. This action is dismissed without prejudice; and
2. Each party shall bear its own costs, expenses, and attorneys' fees;

Respectfully submitted,

_____
Donald M. Cislo, Esq.
Daniel M. Cislo, Esq.
Attorneys for Plaintiff
GIANT UNION
COMPANY, INC.

Dated: October 26, 2005

_____
Bernard Cooper
Attorneys for Defendants
L.A. VICTORY and
JOE P. ZHAO aka SIMON ZHOU

Dated: OCT. 24, 2005

IT IS SO ORDERED:

Dated: October 26, 2005

_____
United States District Court Judge

Z:\tmdocs\04-14241\Stipulation and Order of Dismissal Without Prejudice.doc

CISLO & THOMAS LLP
Attorneys at Law
SUITE 900
233 WILSHIRE BOULEVARD
SANTA MONICA, CALIFORNIA 90401-1211
TELEPHONE: (310) 451-0647   FACSIMILE: (310) 394-4477
WWW.CISLO.COM