IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., | No. C 04-4146 MMC (EMC) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO CONTINUE CASE MANAGEMENT DATES** |
| v. | |
| EASTIMPEX, et al., | |
| Defendants / | |

Before the Court is the parties' stipulation to continue all remaining pretrial dates and deadlines, as well as the trial date.

Having reviewed the parties' stipulation, the Court does not find good cause to continue the trial date, and, in any event, the date selected by the parties is not available. The Court, however, hereby EXTENDS the pretrial deadlines, as follows:

| | |
|---|---|
| Designation of Experts | January 27, 2006 |
| Designation of Rebuttal Experts | February 7, 2006 |
| Expert Discovery Cutoff | February 24, 2006 |
| Deadline to File Dispositive Motions | March 3, 2006 |

All other dates and deadlines remain as scheduled.

**IT IS SO ORDERED.**

Dated: December 20, 2005

MAXINE M. CHESNEY
United States District Judge