1  MACDONALD & ASSOCIATES.
   IAIN A. MACDONALD (State Bar No. 051073)
2  HEATHER A. DAGEN (State Bar No. 217837)
   Two Embarcadero Center, Suite 1670
3  San Francisco, CA 94111-3930
   Telephone: (415) 362-0449
4  Facsimile: (415) 394-5544
   Attorneys for Defendants,
5  EASTIMPEX, a California corporation, and
   EBJ WHOLESALE CORPORATION, a California corporation
6
   BERNARD COOPER, ESQ. (State Bar No. 39568)
7  15 S. Raymond Ave., 2nd Floor
   Pasadena, CA 91105
8  Telephone: (626) 796-4030
   Facsimile: (626) 796-4034
9  Attorney for Defendants,
   L.A. VICTORY, INC., a California corporation, and
10 JOE P. ZHAO aka SIMON ZHOU, an individual

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

| KOOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company organized under the laws of Hong Kong, | Case No. C 04-4146 |
|---|---|
| Plaintiff, | [Hon Maxine M. Chesney] |
| vs. | STIPULATION OF DISMISSAL OF CROSS CLAIM WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON |
| EASTIMPEX, a California corporation, et al., | |
| Defendants. | |
| EASTIMPEX, a California corporation, and EBJ WHOLESALE CORP., a California corporation, | |
| Cross-Complainants, | |
| vs. | |
| L.A. VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, an individual, | |
| Cross-Defendants. | |

1  Stipulation of Dismissal of Cross Claim Without Prejudice and Order Thereon

2      IT IS HEREBY STIPULATED, by and between cross claimants EASTIMPEX, a California

3  corporation, and EBJ WHOLESALE CORP., a California corporation, and cross defendants L.A.

4  VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, an individual by

5  and through their respective attorneys of record, as follows:

6      1.    This action is dismissed without prejudice; and

7      2.    Each party shall bear its own costs, expenses, and attorneys' fees:

8  Respectfully submitted,

*(signature)*

Heather A. Dagen, Esq.
Attorneys for Cross Claimant
EASTIMPEX, a California corporation,
and EBJ WHOLESALE CORP., a
California corporation

Date:

Bernard Cooper, Esq.
Attorney for Cross Defendant
L.A. VICTORY, INC., a California
corporation, and JOE P. ZHAO aka
SIMON ZHOU, an individual

Date:

IT IS SO ORDERED:

Date: _____

_____
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL OF CROSS CLAIM WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON

1  Stipulation of Dismissal of Cross Claim Without Prejudice and Order Thereon

2      IT IS HEREBY STIPULATED, by and between cross claimants EASTIMPEX, a California

3  corporation, and EBJ WHOLESALE CORP., a California corporation, and cross defendants L.A.

4  VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, an individual by

5  and through their respective attorneys of record, as follows:

6      1.    This action is dismissed without prejudice; and

7      2.    Each party shall bear its own costs, expenses, and attorneys' fees:

8  Respectfully submitted,

10  _____
11  Heather A. Dagen, Esq.
    Attorneys for Cross Claimant
12  EASTIMPEX, a California corporation,
    and EBJ WHOLESALE CORP., a
13  California corporation
    Date:

    Bernard Cooper, Esq.
    Attorney for Cross Defendant
    L.A. VICTORY, INC., a California
    corporation, and JOE P. ZHAO aka
    SIMON ZHOU, an individual
    Date: FEB. 8, 2006

15  IT IS SO ORDERED:
16  Date: February 13, 2006

    _____
    UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL OF CROSS CLAIM WITHOUT PREJUDICE AND [PROPOSED] ORDER THEREON