| | |
|---|---|
| 1 | DEAN D. PAIK (State Bar No. 126920) |
| | COHEN & PAIK LLP |
| 2 | 177 Post Street, Suite 600 |
| | San Francisco, CA 94108 |
| 3 | Telephone:   (415) 398-3900 |
| | Facsimile:    (415) 398-7500 |
| 4 | |
| 5 | Attorneys for Defendants And Cross-Complainants |
| | WELL LUCK CO., INC. and SUPER LUCK CO., INC. |
| 6 | BERNARD COOPER (State Bar No. 039568) |
| | 15 S. Raymond Avenue, 2nd Floor |
| 7 | Pasadena, CA 91105 |
| | Telephone:   (626) 796-4030 |
| 8 | Facsimile:    (626) 796-4034 |
| 9 | Attorneys for Defendants And Cross-Defendants |
| | L.A. VICTORY, INC., and JOE P. ZHAO aka SIMON ZHOU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., a company organized under the laws of Hong Kong, | Case No.: C-04-4146-MMC |
| Plaintiff, | **STIPULATION OF DISMSSAL OF CROSS CLAIMS WITHOUT PREJUDICE AND AND [PROPOSED] ORDER THERON** |
| v. | Judge: Honorable Maxine M. Chesney |
| EASTIMPEX, a California corporation, et al., | |
| Defendants. | |
| WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC., a California corporation, | |
| Cross-Complainants, | |
| v. | |
| L.A. VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, an individual, | |
| Cross-Defendants. | |

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
CR-04-4146-MMC

1     IT IS HEREBY STIPULATED, by and between cross claimants WELL LUCK CO., INC. a New Jersey corporation, and SUPER LUCK CO., INC., a California corporation, and cross-defendants L.A. VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, by and through their respective attorneys of record as follows:

    1.   Well Luck Co., and Super Luck Co., Inc. dismiss their cross claims against L.A. Victory, Inc., and Joe P. Zhao aka Simon Zhou, without prejudice; and

    2.   Each party shall bear its own costs, expenses and attorneys' fees.

Dated: *February 10, 2006*     COHEN & PAIK LLP

By: _____
    DEAN D. PAIK, Esq.

Attorneys for Defendants and Cross-Complainants
WELL LUCK CO., INC. and SUPER LUCK CO., INC.

Dated:

By: _____
    BERNARD COOPER, Esq.

Attorneys for Defendants and Cross-Defendants
L.A. VICTORY, INC., and JOE P. ZHAO aka SIMON ZHOU

**IT IS SO ORDERED**

Dated:

_____
HON. MAXINE M. CHESNEY
United States District Judge

- 2 -

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
CR-04-4146-MMC

02/10/2006  11:00   4153987500          COHEN & PAIK                    PAGE  03

1  IT IS HEREBY STIPULATED, by and between cross claimants WELL LUCK CO., INC. a New Jersey corporation, and SUPER LUCK CO., INC., a California corporation, and cross-defendants L.A. VICTORY, INC., a California corporation, and JOE P. ZHAO aka SIMON ZHOU, by and through their respective attorneys of record as follows:

1. Well Luck Co., and Super Luck Co., Inc. dismiss their cross claims against L.A. Victory, Inc., and Joe P. Zhao aka Simon Zhou, without prejudice; and
2. Each party shall bear its own costs, expenses and attorneys' fees.

Dated:                            COHEN & PAIK LLP

By: _____
    DEAN D. PAIK, Esq.

Attorneys for Defendants and Cross-Complainants
WELL LUCK CO., INC. and SUPER LUCK CO., INC.

Dated: FEB. 10, 2006

By: _____
    BERNARD COOPER, Esq.

Attorneys for Defendants and Cross-Defendants
L.A. VICTORY, INC., and JOE P. ZHAO aka SIMON ZHOU

**IT IS SO ORDERED**

Dated: February 14, 2006

_____
HON. MAXINE M. CHESNEY
United States District Judge

- 2 -
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE
CR-04-4146-MMC