1  BERNARD COOPER, ESQ.
   California SB# 39568
2  15 South Raymond Ave. 2nd floor
   Pasadena, CA 91105
3  626-796-4030
   Attorney for Defendants LA Victory
4  and Joe P. Zhao

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | KOON CHUN HING KEE SOY &          ) CASE NO. C 04 4146 MMC
   | SAUCE FACTORY, LTD., a company    )
13 | organized under the laws of Hong Kong, ) [PROPOSED] ORDER GRANTING
   |                                   ) PERMISSION TO
14 | Plaintiff,                        ) APPEAR BY TELEPHONE AT
   |                                   ) FURTHER STATUS
15 | vs.                               ) CONFERENCE ON
   |                                   ) FEBRUARY ~~10,~~ 2006
16 | EASTIMPEX, a California corporation; ) 17
   | WELL LUCK, INC., a New Jersey     )
17 | Corporation; L. A. VICTORY, INC., a )
   | California corporation; JOE P. ZHAO, a )
18 | California resident;               )
   |                                   )
19 |                                   )
   | Defendants.                       )
20 |                                   )
   |                                   )
21 | _____   )
   |                                   )
22 | AND RELATED CROSS-ACTION          )

23

24         Defendants Joe P. Zhao and L.A. Victory, Inc., have moved for an Order permitting their

25  attorney, Bernard Cooper, Esq., to appear by telephone at the Further Status Conference now set

26  for February ~~10~~ 17, 2006, at 10:30 AM, before this Court.  Defendants base their Motion on the

27  facts that discovery has been substantially completed and will most assuredly be completed by

28  time of trial, little conflict has arisen over procedural matters, little conflict is foreseeable in the

future, and defendants will have expenses sending their attorney, Bernard Cooper, to this Court for the appearance.

This Court, having given full consideration defendants' Points and Authorities and the Declaration of Bernard Cooper, grants the Motion and makes the following Order:

The attorney for defendants Joe P. Zhao and L.A. Victory, Inc., Bernard Cooper, Esq., may appear by telephone and represent said defendants at the Further Status Conference now set for February ~~10~~ 17, 2006, at 10:30 AM, before this Court.

Additionally, counsel for the other remaining parties, plaintiff Koon Chun Hing Kee Soy & Sauce Factory, Ltd., and cross-complainants Well Luck Co., Inc., Super Luck Co., Inc., shall appear at the Further Status Conference by telephone.

It is so ordered.

Dated: February __14__, 2006                    _____
                                                 UNITED STATES DISTRICT JUDGE