IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br> Plaintiff, <br> v. <br> EASTIMPEX, et al., <br><br> Defendants / | No. C 04-4146 MMC <br><br> **ORDER TO SHOW CAUSE WHY CROSS-COMPLAINANTS' CLAIM AGAINST AMERICA FOOD INT'L CORP. SHOULD NOT BE DISMISSED** |

On February 17, 2006, the Court held a regularly scheduled case management conference in the above-titled action. Cross-complainants Well Luck Co., Inc. ("Well Luck") and Super Luck Co., Inc. ("Super Luck") did not appear. A review of the docket indicates the Cross-Complaint filed December 15, 2004 by Well Luck and Super Luck names America Food Int'l Corp ("AFI") as a cross-defendant and that Well Luck and Super Luck have not filed proof of service of their Cross-Complaint on said cross-defendant.

Accordingly, Well Luck and Super Luck are hereby ordered to show cause in writing, no later than February 28, 2006, why their claims against AFI should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and/or for failure to serve, pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated: February 21, 2006



MAXINE M. CHESNEY
United States District Judge