1  DEAN D. PAIK (State Bar No. 126920)
   COHEN & PAIK LLP
2  177 Post Street, Suite 600
   San Francisco, CA  94108
3  Telephone:     (415) 398-3900
   Facsimile:      (415) 398-7500
4
   Attorneys for Defendants And Cross-Complainants
5  WELL LUCK CO., INC. and SUPER LUCK CO., INC.

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9  KOON CHUN HING KEE SOY & SAUCE          ) Case No.: C-04-4146-MMC
   FACTORY, LTD., a company organized under )
10 the laws of Hong Kong,                   ) **RESPONSE TO ORDER TO SHOW**
                                            ) **CAUSE WHY CROSS-COMPLAINANTS'**
11        Plaintiff,                        ) **CLAIM AGAINST AMERICA FOOD**
                                            ) **INT'L CORP. SHOULD NOT BE**
12        v.                                ) **DISMISSED**  AND ORDER THEREON
                                            )
13 EASTIMPEX, a California corporation, et al., ) Judge:  Honorable Maxine M. Chesney
                                            )
14        Defendants.                       )
                                            )
15 _____  )
   WELL LUCK CO., INC., a New Jersey        )
16 corporation, and SUPER LUCK CO., INC., a )
   California corporation,                  )
17                                          )
          Cross-Complainants,                )
18                                          )
          v.                                )
19                                          )
   AMERICA FOOD INT'L CORP., a California   )
20 corporation,                             )
                                            )
21        Cross-Defendant.                  )
                                            )
22 _____  )

23

24

25

26

27

28

---

RESPONSE TO ORDER TO SHOW CAUSE
CR-04-4146-MMC

Cross-claimants WELL LUCK CO., INC. a New Jersey corporation, and SUPER LUCK CO., INC., a California corporation, do not object to dismissal of their claims against AMERICA FOOD INT'L CORP.

Dated: February 23, 2006                                  COHEN & PAIK LLP

                              By:    _____/s/_____
                                     DEAN D. PAIK, Esq.

                              Attorneys for Defendants and Cross-Complainants
                              WELL LUCK CO., INC. and SUPER LUCK CO., INC.

## ORDER

The Order to Show Cause, filed February 21, 2006, is hereby DISCHARGED.

Cross-complainants Well Luck Co., Inc., and Super Luck Co., Inc.'s claim against America Food Int'l Corp. is hereby DISMISSED.

IT IS SO ORDERED.

Dated: February 28, 2006

                                     _____
                                     MAXINE M. CHESNEY
                                     United States District Judge

- 2 -

RESPONSE TO ORDER TO SHOW CAUSE
CR-04-4146-MMC