TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
TIMOTHY R. CAHN (State Bar No. 162136)
Two Embarcadero Center, 8th Floor
San Francisco, California 94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com;
trcahn@townsend.com
*Attorneys for Plaintiff*
KOON CHUN HING KEE SOY & SAUCE
FACTORY, LTD.

BERNARD COOPER (State Bar No. 39568)
Attorney at Law
15 South Raymond Avenue, Suite 205
Pasadena, California 91105
Telephone: (626) 796-4030
Facsimile: (626) 796-4034
*Attorney for Defendants*
L. A. VICTORY, INC. and JOE P. ZHAO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>EASTIMPEX, a California corporation, WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC. a California corporation; EBJ WHOLESALE CORPORATION, a California corporation; L. A. VICTORY, INC., a California corporation; JOE P. ZHAO, a California resident; AMERICA FOOD INT'L CORP., a California corporation; and GIANT UNION COMPANY, INC., a California corporation,<br><br>Defendants. | No. C 04-4146 MMC (EMC)<br><br>**STIPULATION AND ORDER WAIVING JURY TRIAL AND CONSENTING TO COURT TRIAL [F.R.C.P. RULES 38, 39]** |

1  Pursuant to Rules 38(d) and 39(a) of the Federal Rules of Civil Procedure, the parties, by and
2  through their undersigned counsel, hereby waive the right to a jury on any and all issues, claims, and
3  defenses.  The parties, accordingly, withdraw their prior demands for a jury and consent to a trial by
4  the court of this action in its entirety.

TOWNSEND AND TOWNSEND AND CREW LLP

7  DATED: April 10, 2006         /s/
                                  Timothy R. Cahn
8                                 *Attorneys for Plaintiff*
                                  KOON CHUN HING KEE SOY & SAUCE
9                                 FACTORY, LTD.

12  DATED:  April 10, 2006        /s/
                                  Bernard Cooper
                                  *Attorneys for Defendants*
13                                L. A. VICTORY, INC. and JOE P. ZHAO

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED:  April 11, 2006        _____
                                  Maxine M. Chesney
19                                Judge, United States District Court

21  60744671 v1

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
STIPULATION AND [PROPOSED] ORDER WAIVING JURY TRIAL/CONSENT TO COURT TRIAL
Case No. C 04 4146 MMC (EMC)

- 1 -