| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARC M. GORELNIK (State Bar No. 166833) |
| 2 | TIMOTHY R. CAHN  (State Bar No. 162136) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California 94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| 5 | *Attorneys for Plaintiff* |
| | KOON CHUN HING KEE SOY & SAUCE |
| 6 | FACTORY, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., | No. C 04-4146 MMC |
| Plaintiff, | **ORDER PERMITTING DELIVERY AND USE OF COURTROOM PRESENTATION EQUIPMENT** |
| v. | |
| EASTIMPEX, a California corporation, WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC. a California corporation; EBJ WHOLESALE CORPORATION, a California corporation; L. A. VICTORY, INC., a California corporation; JOE P. ZHAO, a California resident; AMERICA FOOD INT'L CORP., a California corporation; and GIANT UNION COMPANY, INC., a California corporation, | Trial Date:   June 5, 2006<br>Time:         9:00 a.m.<br>Place:        Courtroom 7, 19th Floor<br>              Federal Bldg.<br>              450 Golden Gate Avenue<br><br>Hon. Maxine M. Chesney |
| Defendants. | |

Plaintiff Koon Chun Hing Kee Soy & Sauce Factory, Ltd. ("Koon Chun") hereby submits and lodges this proposed order.

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER PERMITTING DELIVERY AND USE OF COURTROOM PRESENTATION EQUIPMENT
Case No. C 04 4146 MMC

1

IT IS HEREBY ORDERED that Plaintiff Koon Chun and/or its counsel shall be permitted to deliver to Courtroom 7 the following audiovisual equipment:

1. CPU (1);
2. Laptop computer;
3. 15" Flatpanel monitor (4 or fewer);
4. Elmo (1);
5. Projector (1);
6. Projection Screen (1);
7. Miscellaneous Stands, Carts, cables, skirts, etc.

DATED: June 1, 2006

_____
Honorable Maxine M. Chesney
United States District Court Judge

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER PERMITTING DELIVERY AND USE OF COURTROOM PRESENTATION EQUIPMENT
Case No. C 04 4146 MMC

2