| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARC M. GORELNIK (State Bar No. 166833) |
| 2 | TIMOTHY R. CAHN  (State Bar No. 162136) |
| | Two Embarcadero Center, 8th Floor |
| 3 | San Francisco, California  94111 |
| | Telephone:  (415) 576-0200 |
| 4 | Facsimile:  (415) 576-0300 |
| 5 | *Attorneys for Plaintiff* |
| | KOON CHUN HING KEE SOY & SAUCE |
| 6 | FACTORY, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., | No. C 04-4146 MMC (EMC) |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING SEALING OF TRIAL EXHIBIT NOS. 376 AND 377** |
| EASTIMPEX, a California corporation, WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC. a California corporation; EBJ WHOLESALE CORPORATION, a California corporation; L. A. VICTORY, INC., a California corporation; JOE P. ZHAO, a California resident; AMERICA FOOD INT'L CORP., a California corporation; and GIANT UNION COMPANY, INC., a California corporation, | Trial Date:  June 5, 2006<br>Time:        9:00 a.m.<br>Place:       Courtroom 7, 19th Floor<br>                 Federal Bldg.<br>                 450 Golden Gate Avenue<br><br>Hon. Maxine M. Chesney |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Plaintiff's Trial Exhibits 376 and 377 that were identified, marked, and admitted during the trial of this matter on Monday, June 5, 2006 be admitted into evidence under seal.

The effect of this sealing Order shall be in accordance with the provisions of Civil Local Rule 79-5(f).

IT IS SO ORDERED.

Dated: June 9, 2006

_____
MAXINE M. CHESNEY
United States District Judge