IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br> Plaintiff, <br> v. <br><br> EASTIMPEX, et al., <br><br> Defendants / | No. C 04-4146 MMC <br><br> **ORDER VACATING SEPTEMBER 8, 2006 HEARING** |

Before the Court is plaintiff's Application for Default Judgment Against America Food Int'l Corp. ("AFIC"), filed August 1, 2006, and scheduled for hearing September 8, 2006. Plaintiff represents that it served AFIC with the application by mail. Pursuant to the Civil Local Rules of this District, any opposition was due no later than August 18, 2006. See Civil L. R. 7-3(a) (providing opposition to motion must be filed no later than 21 days before hearing date). To date, no opposition has been filed.

Accordingly, the Court deems the matter submitted on the moving papers and VACATES the hearing scheduled for September 8, 2006.

**IT IS SO ORDERED.**

Dated: August 31, 2006

MAXINE M. CHESNEY
United States District Judge