1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  TIMOTHY R. CAHN  (State Bar No. 162136)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California  94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300

5  *Attorneys for Plaintiff*
   KOON CHUN HING KEE SOY &
6  SAUCE FACTORY, LTD.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | KOON CHUN HING KEE SOY & SAUCE | No. C 04-4146 MMC
   | FACTORY, LTD.,                 |
12 |                                |
   |         Plaintiff,             |
13 |                                | **ORDER GRANTING
   |     v.                         | ADMINISTRATIVE REQUEST TO
14 |                                | FILE CERTAIN DOCUMENTS
   | EASTIMPEX, a California corporation, WELL | **UNDER SEAL**
15 | LUCK CO., INC., a New Jersey corporation,
   | and SUPER LUCK CO., INC. a California
16 | corporation; EBJ WHOLESALE
   | CORPORATION, a California corporation;
17 | L. A. VICTORY, INC., a California
   | corporation; JOE P. ZHAO, a California
18 | resident; AMERICA FOOD INT'L CORP., a
   | California corporation; and GIANT UNION
19 | COMPANY, INC., a California corporation,
   |
20 |         Defendants.

21

28
   [PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE
   CERTAIN DOCUMENTS UNDER SEAL
   Case No. C 04-4146 MMC

1     GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the

2 unredacted version of the following document shall be filed under seal.

3     **Declaration of Marc M. Gorelnik Re: Consideration of Settling Defendants**

4     The Clerk of the Court shall maintain said document in accordance with the provisions of Civil

5 Local Rule 79-5(f).

6     IT IS SO ORDERED.

7

8 Dated: April 10, 2007                           */s/ Maxine M. Chesney*

                                                  HON. MAXINE M. CHESNEY
9                                                   United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. C 04-4146 MMC     1