| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARC M. GORELNIK (State Bar No. 166833) |
| 2 | TIMOTHY R. CAHN  (State Bar No. 162136) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, California  94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email:  mmgorelnik@townsend.com |

*Attorneys for Plaintiff*
KOON CHUN HING KEE SOY &
SAUCE FACTORY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., | No. C 04-4146 MMC |
| Plaintiff, | **ORDER RELEASING BOND** |
| v. | |
| EASTIMPEX, a California corporation, WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC. a California corporation; EBJ WHOLESALE CORPORATION, a California corporation; L. A. VICTORY, INC., a California corporation; JOE P. ZHAO, a California resident; AMERICA FOOD INT'L CORP., a California corporation; and GIANT UNION COMPANY, INC., a California corporation, | |
| Defendants. | |

On May 15, 2007, plaintiff filed an Administrative Request seeking release of the cash bond deposited with the Court on September 30, 2004.  FOR GOOD CAUSE SHOWN, the Finance Department of the Clerk's Office is directed to refund the $10,000 cash bond together with accrued interest, less the Court's registry fee.  The check shall be made payable to "Townsend and Townsend and Crew LLP -- Client Trust Account."

IT IS SO ORDERED.

Dated: May 16, 2007

_____
Maxine M. Chesney
United States District Judge

*Koon Chun Hing Kee Soy & Sauce, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER RELEASING BOND
Case No. C 04-4146 MMC