1 | TOWNSEND AND TOWNSEND AND CREW LLP
MARC M. GORELNIK (State Bar No. 166833)
2 | LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
Two Embarcadero Center, Eighth Floor
3 | San Francisco, California 94111
Telephone: (415) 576-0200
4 | Facsimile: (415) 576-0300
Email: mmgorelnik@townsend.com
5 |        lhvanlobensels@townsend.com

6 | *Attorneys for Plaintiff*
KOON CHUN HING KEE SOY &
7 | SAUCE FACTORY, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> EASTIMPEX, a California corporation, WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC. a California corporation; EBJ WHOLESALE CORPORATION, a California corporation; L. A. VICTORY, INC., a California corporation; JOE P. ZHAO, a California resident; AMERICA FOOD INT'L CORP., a California corporation; and GIANT UNION COMPANY, INC., a California corporation, <br><br> Defendants | No. C 04-4146 MMC <br><br> **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK** |

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. C 04-4146 MMC

1

1    Good cause appearing from the Declaration of Marc M. Gorelnik filed May 21, 2007, the
2    Court finds the following documents are sealable:

3    **Exhibits A, C, and D to the Declaration of Marc M. Gorelnik
4    In Support of Plaintiff's Attorney's Fees and Costs**

5    Accordingly, plaintiff's request to file said documents under seal is GRANTED, and the Clerk
6    of the Court is DIRECTED to file under seal the unredacted version of the Declaration of Marc. M.
7    Gorelnik in Support of Plaintiff's Attorney Fees and Costs, in accordance with the provisions of Civil
8    Local Rule 79-5(f).

9    IT IS SO ORDERED.

11   Dated: May 23, 2007

12                                              _____
                                                HON. MAXINE M. CHESNEY
13                                              United States District Judge

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. C 04-4146 MMC

2