1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARC M. GORELNIK (State Bar No. 166833)
2  LAURIE H. VAN LÖBEN SELS (State Bar No. 184860)
   Two Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
   Telephone: (415) 576-0200
4  Facsimile: (415) 576-0300
   Email: mmgorelnik@townsend.com
5         lhvanlobensels@townsend.com

6  *Attorneys for Plaintiff*
   KOON CHUN HING KEE SOY &
7  SAUCE FACTORY, LTD.

8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12  | KOON CHUN HING KEE SOY & SAUCE FACTORY, LTD., | No. C 04-4146 MMC |
13  | Plaintiff, | |
14  | v. | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL** |
15  | EASTIMPEX, a California corporation, WELL LUCK CO., INC., a New Jersey corporation, and SUPER LUCK CO., INC. a California corporation; EBJ WHOLESALE CORPORATION, a California corporation; L. A. VICTORY, INC., a California corporation; JOE P. ZHAO, a California resident; AMERICA FOOD INT'L CORP., a California corporation; and GIANT UNION COMPANY, INC., a California corporation, | |
16  | | |
17  | | |
18  | | |
19  | | |
20  | | |
21  | Defendants. | |

22

23

24

25

26

27

28

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. C 04-4146 MMC

1

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents shall be filed under seal.

**Exhibits 1, 2 and 3 to the Supplemental Declaration of Marc M. Gorelnik
In Support of Plaintiff's Attorneys' Fees and Costs**

**Exhibit 1 to Declaration of Timothy R. Cahn
In Support of Plaintiff's Attorneys' Fees and Costs**

The Clerk of the Court shall maintain said documents in accordance with the provisions of Civil Local Rule 79-5(f).

IT IS SO ORDERED.

Dated: July 24, 2007

_____
HON. MAXINE M. CHESNEY
United States District Judge

61104726 v1

*Koon Chun Hing Kee Soy & Sauce Factory, Ltd. v. Eastimpex, et al.*
[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS UNDER SEAL
Case No. C 04-4146 MMC

2